SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
ERICK C. HOWARD (Bar #214107)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: aleuin@sflaw.com; ehoward@sflaw.com

Attorneys for Plaintiff
NOVA WINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA WINES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>ADLER FELS WINERY LLC, a Minnesota corporation; SAAL BROWN, INC., a California corporation dba PACIFIC LICENSING; GARY SAAL, an individual; TOM KELLEY STUDIOS, INC., a California corporation, and DOES 1 THROUGH 10,<br><br>  Defendants. | Case No. C06 6149<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 10, 2006<br>Time: 3:30 p.m.<br>Judge: Hon. Marilyn Hall Patel<br>Location: Courtroom 15, 18th Floor |

Plaintiff Nova Wines, Inc. having filed a Complaint for trademark infringement, trademark dilution and federal and state unfair competition, and having further brought an Ex Parte Application for Temporary Restraining Order and Order Setting Briefing and Hearing Schedule For Plaintiff's Motion for Preliminary Injunction on its trademark infringement and unfair competition claims, and Ex Parte Application having been supported by the Complaint; a Memorandum of Points and Authorities; the Declarations of Robert Holder, William Reading, Anna Strasberg and Erick C. Howard; this Court, having reviewed and considered the pleadings,

the supporting declarations, the other evidence submitted and the arguments of counsel, in accordance with Rule of Civil Procedure 65(b), hereby Adjudges and Orders:

1. Plaintiff has demonstrated the following: (1) a sufficient likelihood of success on the merits of its trademark infringement and unfair competition claims; (2) irreparable harm if it is not granted a temporary restraining order pending hearing on its motion for a preliminary injunction; (3) the balance of hardships tips in Plaintiff's favor; and (4) no public interest factors militate against the interim relief sought in plaintiff's application.

2. Plaintiff is likely to succeed on the merits in proving trademark infringement and unfair competition against Defendants Adler Fels Winery LLC, Saal Brown, Inc. dba Pacific Licensing; Gary Saal and Tom Kelley Studios, Inc. (collectively "Defendants") based on defendants' use of marks and a trade dress confusingly similar to plaintiff's trademarks and trade dress used in connection with the marketing, promotion and sale of Marilyn Monroe-themed wine.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Temporary Restraining Order is GRANTED. IT IS FURTHER ORDERED that:

1. Defendants, their officers, agents, servants, representatives, employees, attorneys, parents, subsidiaries, affiliates, related companies, partners, successors, predecessors, assigns and all persons acting for, with, by, through or under them, and each of them, are hereby preliminarily enjoined and restrained from, in connection with the sale or offering of wine products:

(a) directly or indirectly using the term "Red Velvet Collection," images of Marilyn Monroe or any other mark, labeling, word, or design similar to the marks "MARILYN MONROE," "MARILYN," "VELVET COLLECTION," or images of Marilyn Monroe as used by Plaintiff, on wine products, in a manner which is likely to cause confusion, mistake or to deceive.

(b) Maintaining, making available, disseminating, using or distributing any internet Web pages containing the term "Red Velvet Collection," images of Marilyn Monroe or any other mark, labeling, word, or design similar to the marks "MARILYN MONROE," "MARILYN," "VELVET COLLECTION," or images of Marilyn Monroe as used by Plaintiff, on

- 2 -

| Case No. C06 6149 | [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION |

1  wine products, in any manner which is likely to cause confusion, mistake or to deceive;

2              (c)    Disseminating, using or distributing any internet Web pages containing the
3  marks "MARILYN MONROE," "MARILYN," "VELVET COLLECTION," or images of
4  Marilyn Monroe as used by Plaintiff on wine products; and

5              (d)    Otherwise engaging in any acts or conduct that are likely to cause
6  infringement of the marks "MARILYN MONROE," "MARILYN," "VELVET COLLECTION,"
7  or images of Marilyn Monroe as used by Plaintiff on wine products, or cause consumers
8  erroneously to believe that Defendants' goods or services are somehow sponsored by, authorized
9  by, licensed by or in any other way associated with Plaintiff.

10       2.    Plaintiff shall post a bond in the amount of $50,000 in accordance with Local Rule
11 65.1-1 no later than Friday, October 13, 2006.

12       3.    A preliminary injunction hearing shall take place on October 26, 2006 at 9:00 a.m.,
13 in the courtroom of the Honorable Marilyn Hall Patel, located at 450 Golden Gate Avenue, San
14 Francisco, California 94102. Plaintiff's already filed Memorandum of Points and Authorities
15 shall serve as its opening brief in connection with the motion for preliminary injunction.
16 Defendants shall file any opposition to the motion by October 17, 2006. Plaintiff shall file its
17 reply by October 24, 2006.

18       4.    Pursuant to agreed stipulation and request of the parties, the temporary restraining
19 order shall remain in effect until October 26, 2006 to accommodate the preliminary injunction
20 hearing schedule.

22    IT IS SO ORDERED.

24    Dated: October 16, 2006



Hon. _____
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

26    7084\005\EHOWARD\1385727.2

- 3 -

| Case No. C06 6149 | [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION |
|---|---|

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111