UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVA WINES, INC.,

        Plaintiff,

  v.

ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, GARY SAAL, TOM KELLY STUDIOS, INC. and DOES 1 THROUGH 10,

        Defendants.

No. C 06-06149 MHP

**PRELIMINARY INJUNCTION ORDER**

       This matter having come on for hearing on plaintiff's motion for preliminary injunction, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting plaintiff's motion,

       IT IS HEREBY ORDERED that defendants and their officers, directors, assigns, and all others acting in concert or participating with them, and each of them, are, until further order of the court, restrained and enjoined from directly or indirectly using the Marilyn Wines Trade Dress consisting of the use of any image of Marilyn Monroe in connection with the sale of wine, or any other mark, labeling, word, or design similar to plaintiff's trade dress which is likely to cause confusion, mistake or to deceive.

       IT IS FURTHER ORDERED that defendants

      (1) deliver up all labels, signs, prints, packages, promotional materials and advertisements in the possession or control of defendants bearing the Marilyn Wines Trade Dress, together with all plates, molds, matrices, and other means of making same, pending the prosecution of this action;

(2) deliver up all packaging, labels, signs, prints, promotional materials and advertisements currently in use in the public domain, wherever located, bearing defendants' Marilyn Wines Trade Dress, pending the prosecution of this action;

(3) change all packaging, labels, signs, prints, promotional materials and advertisements on all of their wine products bearing the Marilyn Wines Trade Dress so that such packaging, labels, signs, prints, promotional materials and advertisements do not infringe plaintiff's trade dress.

If plaintiff finds that additional provisions are necessary to protect its trade dress during the prosecution of this action, plaintiff may submit a proposed further order.

Dated:   Dec. 27, 2006

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

**ENDNOTES**