Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
Mark L. Sutton (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Ave., Suite 720
Pasadena, California  91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
email: surj@sonilaw.com; danton@sonilaw.com;
leo@sonilaw.com; mark@sonilaw.com

Attorneys for Defendants/Counter-Claimants,
ADLER FELS WINERY LLC, SAAL
BROWN, INC. dba PACIFIC LICENSING,
INC., GARY SAAL AND TOM KELLEY STUDIOS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA WINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. <br><br> Defendants/Counter-Claimants, <br><br> vs. <br><br> NOVA WINES, INC., ROBERT HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN MONROE LLC, AND DOES 1 - 10, <br><br> Counter-Defendants | CASE NO.:   C 06-6149 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE TO JUNE 25, 2007 AT 3:00 P.M.** <br><br> **Pre-Trial Conf:**   TBD <br> **Time:**   9:00 a.m. <br><br> **Trial Date:**   TBD <br> **Time:**   9:00 a.m. |

Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd

Plaintiff, Nova Wines, Inc., and Counter-Defendants Robert and Donna Holder, on the one hand, and Defendants/Counter-Claimants, ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. ("Defendants"), on the other, hereby stipulate to move the Further Status Conference currently set for May 7, 2007, at 3:00 p.m., to June 25, 2007, at 3:00 p.m.  The reason for this request it that Defendants' counsel is tied up in another matter in the Central District of California on May 7, 2007, and cannot make the currently scheduled time.  Based on the Court's schedule and the calendars of counsel, June 25, 2007, is the next available date that is clear for all parties to conduct the conference.  Accordingly, the parties respectfully request the Court to continue the Further Status Conference in this matter to June 25, 2007, at 3:00 p.m.

IT IS SO STIPULATED:

Dated: May 3, 2007					THE SONI LAW FIRM


						By:   /s/  M. Danton Richardson
						        Surjit P. Soni
						        M. Danton Richardson
						Attorneys for Defendants/Counter-Claimants
						ADLER FELS WINERY LLC,
						SAAL  BROWN, INC. dba PACIFIC LICENSING, INC.,
						GARY SAAL AND TOM KELLEY STUDIOS, INC.

Dated: May 3, 2007					SHARTSIS FRIESE LLP


						By:   /s/ Erick C. Howard
						        Anthony B. Leuin
						        Erick C. Howard

						Attorneys for Plaintiff/Counter-Defendants,
						NOVA WINES, INC., ROBERT HOLDER and DONNA HOLDER

Case No. C 06-6149
**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd

1         [PROPOSED] ORDER

2      Based on the stipulation of the parties, and good cause appearing therefor, the Further Status

3 Conference currently set for May 7, 2007, at 3:00 p.m., is hereby continued to June 25, 2007, at 3:00

4 p.m.

5      IT IS SO ORDERED

6

7 Dated: __May 8_____, 2007        UNTIED STATES DISTRICT COURT

8

9                                              _____
10
11                                              
12
13
14
15

Case No. C 06-6149
**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
JUNE 25, 2007 AT 3:00 P.M.**

StipReCMC 050307.wpd                3