Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
Mark L. Sutton (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
email: surj@sonilaw.com; danton@sonilaw.com;
leo@sonilaw.com; mark@sonilaw.com

Attorneys for Defendants/Counter-Claimants,
ADLER FELS WINERY LLC, SAAL
BROWN, INC. dba PACIFIC LICENSING,
INC., GARY SAAL AND TOM KELLEY STUDIOS, INC.

E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA WINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. <br><br> Defendants/Counter-Claimants, <br><br> vs. <br><br> NOVA WINES, INC., ROBERT HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN MONROE LLC, AND DOES 1 - 10, <br><br> Counter-Defendants | CASE NO.: C 06-6149 MHP <br><br> [~~PROPOSED~~] ORDER RE DISCOVERY AND STAY |

Case No. C 06-6149    [PROPOSED] ORDER RE DISCOVERY AND STAY

OrderReDiscovery Stay (2).wpd

1  A Status Conference having been held in this matter on June 25, 2007, the Court, having reviewed and considered the status of this action, the pending appeal of this Court's Preliminary Injunction Order dated December 4, 2007 and the related actions entitled *The Milton H. Greene Archives, Inc. v. CMG Worldwide, Inc., et al.,* case no. CV 05-2200 MMM (Mcx) (consolidated action which also includes Tom Kelley Studios, Inc., as a party - hereafter, "Greene/Kelley Action"), and *Shaw Family Archives, Ltd., et al v. CMG Worldwide, Inc., et al.*, 05 Civ 3939 (CM), and the rulings therein finding no right of publicity survived the death of Marilyn Monroe, together with the arguments of counsel, finds that the parties should proceed with discovery as to the trade dress infringement and trademark infringement claims notwithstanding the foregoing matters.

Accordingly, the Court hereby lifts the stay(s) previously entered in this matter as to Marilyn Monroe LLC to allow the parties to conduct discovery as to the trademark infringement and trade dress infringement claims, together with all defenses and counterclaims related thereto. All other discovery shall be stayed until further order of this Court.

IT IS SO ORDERED.

Dated: 7/3/_____, 2007

Hon. Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

Case No. C 06-6149    [PROPOSED] ORDER RE DISCOVERY AND STAY

OrderReDiscovery Stay (2).wpd

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 55 South Lake Avenue, Suite 720, Pasadena, California 91101.

On **June 27, 2007**, I caused to be served the foregoing described as **[PROPOSED] ORDER RE DISCOVERY AND STAY** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

**Anthony B. Leuin, Esq.**
**Erick Charles Howard, Esq.**
**SHARTSIS FRIESE & GINSBURG LLP**
**One Maritime Plaza, 18th Floor**
**San Francisco, CA 94111**

[X]   (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]   (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on addresses listed above.

[]   (VIA FEDERAL EXPRESS) I caused such envelope to be delivered overnight to addresses listed above.

[]   (FACSIMILE) I caused the attached document to be transmitted to the above listed addressee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 27, 2007** at Pasadena, California.

Wendy Genovese

Case No. C 06-6149    [PROPOSED] ORDER RE DISCOVERY AND STAY

OrderReDiscovery Stay (2) wpd

3