Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
Mark L. Sutton (State Bar No. 120255)
THE SONI LAW FIRM
55 South Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
email: surj@sonilaw.com; danton@sonilaw.com; leo@sonilaw.com

Attorneys for Defendants/Counter-Claimants,
ADLER FELS WINERY LLC, SAAL
BROWN, INC. dba PACIFIC LICENSING,
INC., GARY SAAL AND TOM KELLEY STUDIOS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA WINES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC. <br><br>Defendants/Counter-Claimants, <br><br>vs. <br><br>NOVA WINES, INC., ROBERT HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN MONROE LLC, AND DOES 1 - 10, <br><br>Counter-Defendants | CASE NO.: C 06-6149 MHP <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE TO FEBRUARY 4, 2008 AT 3:00 P.M.** <br><br>**Pre-Trial Conf:** TBD <br>**Time:** 9:00 a.m. <br><br>**Trial Date:** TBD <br>**Time:** 9:00 a.m. |

Case No. C 06-6149
**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
FEBRUARY 4, 2008 AT 3:00 P.M.**

StipReCMC.012308.wpd

Plaintiff, Nova Wines, Inc., and Counter-Defendants Robert and Donna Holder, on the one hand, and Defendants/Counter-Claimants, ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC., and Third party Defendant, Marilyn Monroe LLC., on the other, hereby stipulate to move the Further Status Conference currently set for January 28, 2008, at 3:00 p.m., to February 4, 2008, at 3:00 p.m. The reason for this request it that Defendants' counsel is committed to an appearance in New York January 28, 2008, and cannot make the currently scheduled time. Based on the Court's schedule and the calendars of counsel, February 4, 2008, is the next available date that is clear for all parties to conduct the conference. Accordingly, the parties respectfully request the Court to continue the Further Status Conference in this matter to February 4, 2008, at 3:00 p.m.

IT IS SO STIPULATED:

Dated: January 23, 2008                    THE SONI LAW FIRM


                                           By:      */s/ Surjit P. Soni*
                                                 Surjit P. Soni
                                                 M. Danton Richardson

                                           Attorneys for Defendants/Counter-Claimants
                                           ADLER FELS WINERY LLC,
                                           SAAL BROWN, INC. dba PACIFIC LICENSING,
                                           INC., GARY SAAL AND TOM KELLEY
                                           STUDIOS, INC.

Dated: January 23, 2008                    SHARTSIS FRIESE LLP


                                           By:      */s/ Anthony B. Leuin*
                                                 Anthony B. Leuin
                                                 Erick C. Howard

                                           Attorneys for Plaintiff/Counter-Defendants,
                                           NOVA WINES, INC., ROBERT HOLDER and
                                           DONNA HOLDER

---

Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
FEBRUARY 4, 2008 AT 3:00 P.M.**

StipReCMC.012308.wpd

2

Dated: January 23, 2008    LOEB & LOEB LLP

By  /s/  Laura A. Wytsma
Laura A. Wytsma

Attorneys for ANNA STRASBERG
and MARILYN MONROE LLC

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, the Further Status Conference currently set for January 28, 2008, at 3:00 p.m., is hereby continued to February 4, 2008, at 3:00 p.m.

IT IS SO ORDERED

Dated: January 24, 2008

UNITED STATES DISTRICT COURT

HON. _____



IT IS SO ORDERED
Judge Marilyn H. Patel

Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE TO
FEBRUARY 4, 2008 AT 3:00 P.M.**

StipReCMC.012308.wpd

3