1  SHARTSIS FRIESE LLP
   ANTHONY B. LEUIN (Bar #95639)
2  ERICK C. HOWARD (Bar #214107)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  aleuin@sflaw.com; ehoward@sflaw.com
5
   Attorneys for Plaintiff and Counter-Defendant
6  NOVA WINES, INC. and Counter-Defendant
   ROBERT HOLDER and DONNA HOLDER
7
   Surjit P. Soni (State Bar No. 127419)
8  M. Danton Richardson (State Bar No. 141709)
   Leo E. Lundberg, Jr. (State Bar No. 125951)
9  THE SONI LAW FIRM
   55 South Lake Ave., Suite 720
10 Pasadena, California  91101
   (626) 683-7600 Telephone
11 (626) 683-1199 Fax
   email: surj@sonilaw.com; danton@sonilaw.com;
12 leo@sonilaw.com

13 Attorneys for Defendants/Counter-Claimants,
   ADLER FELS WINERY LLC, SAAL
14 BROWN, INC. dba PACIFIC LICENSING,
   INC., GARY SAAL AND TOM KELLEY
15 STUDIOS, INC.

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 | NOVA WINES, INC.,                          | Case No.  C 06-6149 (MHP)                              |
   |---|---|
21 |                    Plaintiff,               | Complaint Filed:   September 29, 2006                  |
22 |         v.                                  | **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS** |
23 | ADLER FELS WINERY LLC, a                    |                                                        |
   | Minnesota corporation; SAAL BROWN,          | **Pre-Trial Conf:**   **TBD**                          |
24 | INC., a California corporation DBA          | **Time:**             **9:00 a.m.**                    |
   | PACIFIC LICENSING; GARY SAAL, an            |                                                        |
25 | individual; TOM KELLEY STUDIOS,             | **Trial Date:**       **TBD**                          |
   | INC., a California corporation,             | **Time:**             **9:00 a.m.**                    |
26 |                                             |                                                        |
   |                    Defendants.              |                                                        |
27
28

1  ADLER FELS WINERY LLC, SAAL BROWN, INC., DBA PACIFIC
2  LICENSING; GARY SAAL, TOM KELLEY STUDIOS, INC.,
3
4         Counter-Claimants,
   v.
5
   NOVA WINES, INC., ROBERT
6  HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN
7  MONROE LLC, and DOES 1 - 10,
8         Counter-Defendants.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No. C 06-6149   STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS

Plaintiff, NOVA WINES, INC., Counter-Defendants ROBERT and DONNA HOLDER, and Third Party Defendant, Marilyn Monroe LLC., on the one hand, and Defendants/Counter-Claimants, ADLER FELS WINERY LLC, SAAL BROWN, INC. dba PACIFIC LICENSING, INC., GARY SAAL and TOM KELLEY STUDIOS, INC., on the other, hereby stipulate to the dismissal of the following claims, *without prejudice* and with each side bearing their own attorneys fees and costs:

**From the Complaint by NOVA WINES, INC.:**

- Count I for Federal Trademark Infringement, False Description and False Designation solely as it regards Federal Registration No. 1,889,730 for the stylized signature of Marilyn Monroe (the "Registered MARILYN MONROE Mark");

- Count II for Unfair Competition, Trade Dress, False Description and False Designation solely to the extent this claim concerns the alleged infringement of trademarks claimed regarding the word marks "Marilyn" and/or the Registered MARILYN MONROE Mark;

- Count III for Federal Trademark Dilution solely to the extent this claim concerns the alleged infringement of trademarks claimed regarding the word marks "Marilyn" and/or the Registered MARILYN MONROE Mark;

- Count IV for Unfair Competition under California Business and Professions Code § 17200 solely to the extent this claim concerns the alleged infringement of trademarks claimed regarding the word marks "Marilyn" and/or the Registered MARILYN MONROE Mark;

- Count V for Common Law Unfair Competition solely to the extent this claim concerns the alleged infringement of trademarks claimed regarding the word marks "Marilyn" and/or the Registered MARILYN MONROE Mark;

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

The foregoing dismissals apply only to the word marks and stylized signature at issue and identified herein and shall have no effect on the pending claims regarding alleged trademark or trade dress rights regarding the use of images of Marilyn Monroe on wine products.

**From the Answer and Cross Complaint:**

- Count VIII for Cancellation of Trademark Registration No. 1,889,730.

IT IS SO STIPULATED:

DATED:     April 8, 2008                SHARTSIS FRIESE LLP


By: */s/ Erick C. Howard*
            ERICK C. HOWARD

Attorneys for Plaintiff and Counter-Defendant
NOVA WINES, INC. and Counter-Defendant
ROBERT HOLDER and DONNA HOLDER

DATED:     April 8, 2008                THE SONI LAW FIRM


By: */s/ M. Danton Richardson*
            M. DANTON RICHARDSON

Attorneys for Defendants/Cross-Complainants
ADLER FELS WINERY LLC, SAAL
BROWN, INC. dba PACIFIC LICENSING,
INC., GARY SAAL AND TOM KELLEY
STUDIOS, INC.

DATED:     April 8, 2008                LOEB & LOEB LLP


BY: */s/ Laura A. Wytsma*
            LAURA A. WYTSMA
Attorneys For Third Party Defendant
MARILYN MONROE, LLC

- 2 -

Case No. C 06-6149          STIPULATION AND [PROPOSED] ORDER DISMISSING
                                         CERTAIN CLAIMS

## ECF CERTIFICATION

I, ERICK C. HOWARD, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS. In compliance with General Order 45.X.B, I hereby attest that M. DANTON RICHARDSON and LAURA A. WYTSMA have concurred in this filing.

DATED: April 9, 2008             SHARTSIS FRIESE LLP


By: */s/ Erick C. Howard*
            ERICK C. HOWARD

Attorneys for Plaintiff and Counter-Defendant NOVA WINES, INC., and Counter-Defendants ROBERT HOLDER and DONNA HOLDER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, the claims identified above are hereby dismissed without prejudice, with each side bearing their own attorneys fees and costs.

IT IS SO ORDERED

Dated: April 18, 2008



Judge Marilyn H. Patel

7084\005\EHOWARD\1503853.2

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -

Case No. C 06-6149   STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS