UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVA WINES, INC.,                          No. C-06-06149 MHP (JCS)

    Plaintiff(s),

  v.                                       **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

ADLER FELS WINERY LLC, ET AL.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for **August 18, 2008, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Updated confidential settlement conference statements shall be lodged with the Court by **noon on August 15, 2008.**

    Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.  Additionally, **ALL** parties to the case, even if the claims involving that party are stayed, shall attend *in person*.

    The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's July 24, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

    IT IS SO ORDERED.

Dated: August 8, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge