1   SHARTSIS FRIESE LLP
    ANTHONY B. LEUIN (Bar #95639)
2   ERICK C. HOWARD (Bar #214107)
    One Maritime Plaza, Eighteenth Floor
3   San Francisco, CA  94111
    Telephone:  (415) 421-6500
4   Facsimile:  (415) 421-2922
    Email:  aleuin@sflaw.com; ehoward@sflaw.com
5
    Attorneys for Plaintiff and Counter-Defendant
6   NOVA WINES, INC. and Counter-Defendant
    ROBERT HOLDER and DONNA HOLDER
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  NOVA WINES, INC.,                    Case No.  C 06-6149 (MHP)

13          Plaintiff,                   **JOINT REPORT OF SETTLEMENT IN
                                         PRINCIPLE AND REQUEST FOR STAY
14      v.                               OF PROCEEDINGS**

15  ADLER FELS WINERY LLC, a             Complaint Filed: September 29, 2006
    Minnesota corporation; SAAL BROWN,
16  INC., a California corporation DBA
    PACIFIC LICENSING; GARY SAAL, an
17  individual; TOM KELLEY STUDIOS,
    INC., a California corporation,
18
            Defendants.
19

20  AND RELATED COUNTERCLAIMS.

21

22      Plaintiff and Counterdefendant Nova Wines, Inc. and Counterdefendants Robert and

23  Donna Holder;  Defendants and Counterclaimants Adler Fels Winery, LLC, Saal Brown, Inc.,

24  Gary Saal and Tom Kelley Studios, Inc.; and Third party Defendants Marilyn Monroe LLC and

25  CMG Worldwide, Inc. hereby jointly advise the Court that a Settlement Conference on August

26  18, 2008 before United States Magistrate Judge Joseph C. Spero has resulted in an agreement in

27  principle on all material terms, which the parties believe will result in settlement and dismissal of

28  this action in its entirety, dismissal of the appeal of the preliminary injunction issued by this

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   Court, and dismissal of the related arbitration proceedings. The parties are diligently working on

2   settlement papers and expect to have them finalized within two weeks, and propose to file

3   dismissals thereafter.

4       For the above reason, the parties jointly request a stay of all proceedings to permit them to

5   finalize their settlement.

6   DATED:      August 20, 2008        SHARTSIS FRIESE LLP

7

8                                     By: /s/ Anthony B. Leuin
                                          ANTHONY B. LEUIN
9
                                      Attorneys for Plaintiff and Counter-
10                                    Defendant NOVA WINES, INC. and
                                      Counterdefendants ROBERT HOLDER and
11                                    DONNA HOLDER

12  DATED:      August 20, 2008        THE SONI LAW FIRM

13

14                                    By: /s/ Surjit P. Soni
                                          SURJIT P. SONI
15
                                      Attorneys for Defendants and Counter-
16                                    Claimants ADLER FELS WINERY LLC,
                                      SAAL BROWN, INC., DBA PACIFIC
17                                    LICENSING; GARY SAAL, TOM KELLEY
                                      STUDIOS, INC.
18
19  DATED:      August 20, 2008        LOEB & LOEB LLP

20

21                                    By: /s/ Laura A. Wytsma
                                          LAURA A. WYTSMA
22
                                      Attorneys for MARILYN MONROE LLC
23  DATED:      August 20, 2008        SOVICH MINCH LLP

24

25                                    By: /s/ Ted Minch
                                          TED MINCH
26
27                                    Attorneys for CMG WORLDWIDE, INC

28  7084\005\ALEUIN\1530079.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, ANTHONY B. LEUIN, am the ECF User whose identification and password are being used to file this JOINT REPORT OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR STAY OF PROCEEDINGS.  In compliance with General Order 45.X.B, I hereby attest that SURJIT P. SONI, LAURA A. WYTSMA, TED MINCH have concurred in this filing.

DATED:  August 20, 2008                    SHARTSIS FRIESE LLP


By: _____
                ANTHONY B. LEUIN

Attorneys for Plaintiff and Counter-Defendant
NOVA WINES, INC. and Counterdefendants
ROBERT HOLDER and DONNA HOLDER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

Case No. C 06-6149          JOINT REPORT OF SETTLEMENT IN PRINCIPLE AND
                            REQUEST FOR STAY OF PROCEEDINGS