Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California  91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
email: surj@sonilaw.com; danton@sonilaw.com; leo@sonilaw.com

Attorneys for Defendants/Counter-Claimants,
ADLER FELS WINERY LLC, SAAL
BROWN, INC. dba PACIFIC LICENSING,
INC., GARY SAAL AND TOM KELLEY STUDIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA WINES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADLER FELS WINERY LLC, a Minnesota corporation; SAAL BROWN, INC, a California corporation DBA PACIFIC LICENSING, GARY SAAL an individual; TOM KELLEY STUDIOS, INC., a California corporation <br><br> Defendants. <br><hr>ADLER FELS WINERY LLC, SAAL BROWN, INC., DBA PACIFIC LICENSING; GARY SAAL, TOM KELLEY STUDIOS, INC., <br><br> Counter-Claimants <br><br> v. <br><br> NOVA WINES, INC., ROBERT HOLDER, DONNA HOLDER, CMG WORLDWIDE, INC., MARILYN MONROE LLC, AND DOES 1 - 10, <br><br> Counter-Defendants | CASE NO.:   C 06-6149 MHP <br><br> Complaint Filed: September 29, 2006 <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING REMAINING CLAIMS AND ENTIRE ACTION** <br><br> **Pre-Trial Conf:**   TBD <br> **Time:**   9:00 a.m. <br><br> **Trial Date:**   TBD <br> **Time:**   9:00 a.m. |

**Case No. C 06-6149**

**STIPULATION AND [PROPOSED] ORDER
DISMISSING REMAINING CLAIMS AND ENTIRE ACTION**

StiptoDismissClaims 112508.wpd

1  Plaintiff, NOVA WINES, INC., and Counter-Defendants ROBERT and DONNA HOLDER, and
2  Third Party Defendants, CMG WORLDWIDE, INC., and MARILYN MONROE LLC, on the one hand,
3  and Defendants/Counter-Claimants, ADLER FELS WINERY LLC, SAAL BROWN, INC. dba
4  PACIFIC LICENSING, INC., GARY SAAL AND TOM KELLEY STUDIOS, INC., on the other,
5  having previously stipulated to dismiss certain claims, *without prejudice*, with each party bearing its
6  own attorneys' fees and costs, hereby stipulate to dismiss all remaining claims and this entire action,
7  *without prejudice*, with each party bearing its own attorneys' fees and costs incurred in this action
8  through the date of dismissal, and with the Court retaining jurisdiction to enforce the terms of the
9  Settlement Agreement entered into among the parties to this action.

11 IT IS SO STIPULATED:

Dated: November 25, 2008      SHARTSIS FRIESE LLP

By:  /s/ Erick C. Howard
         ERICK C. HOWARD

Attorneys for Plaintiff/Counter-Defendants,
NOVA WINES, INC., ROBERT HOLDER and DONNA HOLDER

Dated: November 25, 2008      THE SONI LAW FIRM

By:  /s/ M. Danton Richardson
         M. DANTON RICHARDSON

Attorneys for Defendants/Counter-Claimants
ADLER FELS WINERY LLC,
SAAL BROWN, INC. dba PACIFIC LICENSING, INC.,
GARY SAAL AND TOM KELLEY STUDIOS, INC.

Dated: November 25, 2008      LOEB & LOEB LLP

By  /s/ Laura A. Wytsma
        LAURA A. WYTSMA

Attorneys for Third Party Defendant,
MARILYN MONROE LLC

Dated: November 25, 2008      SOVICH MINCH LLP

By  /s/ Theodore J. Minch
        THEODORE J. MINCH

Attorneys for Third Party Defendant,
CMG WORLDWIDE, INC.

---

1 **[PROPOSED] ORDER**

2   Based on the stipulation of the parties, and good cause appearing therefor, all remaining claims and this entire action are hereby dismissed without prejudice with each party bearing its own attorneys' fees and costs incurred in this action through the date of dismissal. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into among the parties to this action.

**IT IS SO ORDERED**

Dated: __12/1_____, 2008         UNTIED STATES DISTRICT COURT



_____
HONORABLE MARILYN H. PATEL

Case No. C 06-6149

**STIPULATION AND [PROPOSED] ORDER
DISMISSING REMAINING CLAIMS AND ENTIRE ACTION**

StiptoDismissClaims 112508.wpd